OCEANA BANCROFT, Appellant, *v.* THE HOME BENEFIT
ASSOCIATION, of New York, Respondent.

(Argued April 29, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
January 5, 1891, which affirmed a judgment in favor of
defendant entered upon a decision of the court on trial at
Special Term.

*William G. Wilson* for appellant.

*Osborn E. Bright* for·respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.